```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04906
  TONI Y EDWARDS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-0171


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/20/07 .

   2.  The case was converted to Chapter 7 without confirmation, 06/28/2007.

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG          .00             .00            .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE    NOT FILED             .00            .00
WELLS FARGO FINANCIAL AC   SECURED VEHIC          .00             .00            .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED             .00            .00
BOWMAN HEINTZ BOSCIA MCP   UNSECURED        NOT FILED             .00            .00
ICS                        UNSECURED        NOT FILED             .00            .00
MCS                        UNSECURED        NOT FILED             .00            .00
JUNIPER BANK               UNSECURED        NOT FILED             .00            .00
        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED     OTHER       TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00        .00         .00
PRINCIPAL PAID         .00          .00           .00        .00         .00
INTEREST PAID          .00          .00           .00        .00         .00
TOTAL PAID             .00          .00           .00        .00         .00
The Debtor's attorney, JESSE OUTLAW & ASSOC        , was allowed $      .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/26/07              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
     CASE NO. 07 B 04906 TONI Y EDWARDS
```